IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| PAMELA WHITT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:18-CV-00138 |
| ) | |
| GULFCO OF ALABAMA, LLC ) | |
| d/b/a TOWER LOAN, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW undersigned counsel for the Plaintiff Pamela Whitt and the Defendant Gulfco of Alabama, LLC d/b/a Tower Loan and hereby stipulate to the dismissal of this action, **with prejudice**, with each party to bear its own costs and attorneys' fees.

/s/ Meghan A. Salvati
J. Rushton McClees
Meghan A. Salvati
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
**Attorneys for Defendant**

/s/ Jeffrey D. Price
Jeffrey D. Price
Rhon E. Jones
Beasley, Allen, Crow, Methvin Portis & Miles, P.C.
219 Commerce Street
P.O. Box 4160
Montgomery, Alabama
**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic filing system which will give notice of such filing to the following individuals:

Jeffery D. Price
Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
219 Commerce Street
P.O. Box 4160
Montgomery, AL

                                    /s/ Meghan A. Salvati
                                    OF COUNSEL